STATE OF NEW JERSEY v. WILLIAM R. SISK.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY ADAMS.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MARVIN TOBIAS.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN JAY FIORE.

December 16, 1986.

Petition for certification denied.